FILED

2008 JUL -1 PM 1:56

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 18, U.S.C., Section 2113 |
| JIMMY LOWELL ROBERTS ) | Bank Robbery |

'08 MJ 2012

The undersigned complainant, being duly sworn, states:

Count 1

On June 26, 2008, within the Southern District of California, defendant JIMMY LOWELL ROBERTS, by force, violence, and by intimidation, did unlawfully take from the person and presence of an employees of Wells Fargo, at 3505-B Sports Arena Boulevard, San Diego, California, $10,000 in United States currency belonging to and in the care, custody, control, management and possession of the Wells Fargo, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

And the complainant states that this complaint is based on the attached affidavit which is incorporated herein by reference.

James B. Stinnett Jr., Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF JULY 2008.

UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
UNITED STATES v. JIMMY LOWELL ROBERTS

## AFFIDAVIT

I, James B. Stinnett Jr., Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, depose and say:

1. I am currently assigned to violent crimes investigations in the San Diego Field Division of the FBI. I have been a SA with the FBI for approximately four years. Prior to joining the FBI, I was employed as a Police Officer in Johnson City, Tennessee for approximately eight years. The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with other local, federal law enforcement officers, and individuals.

2. This affidavit is in support of a Complaint for JIMMY LOWELL ROBERTS, white male, date of birth May 23, 1966, for violation of Title 18 of the United States Code, Section 2113 (a), Bank Robbery.

3. On Thursday June 26, 2008, at approximately 2:40 p.m., the affiant responded to the report of a robbery at the Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California.

4. The affiant has reviewed the report of the victim teller from Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California, who advised as follows:

    a. On June 26, 2008, as the teller was working an unknown white male entered Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California. The teller greeted the unknown white male. The unknown white male provided the teller with a demand note that paraphrased stated, "Put all the money in the bag or you will die."

    b. The teller hesitated in complying with the demands because her training was to hit the alarm and drop to the floor, however, her manager had the door open to the area behind the bandit barrier. During the hesitation the robber lifted his jacket and pulled a revolver from his waistband. The revolver was silver with a black handle and showed significant wear.



c. The teller then provided the robber with $10,000, which she was about to take to the vault, and was sitting on her counter. The robber then exited Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California, through the only entrance/exit.

5. On June 28, 2008, the affiant presented a surveillance photograph of the robber to David Cooper, employee, St. Vincent Depaul Shelter, 1501 Imperial Avenue, San Diego, California, and retired San Diego Police Officer, who advised the individual depicted was known to him as JIMMY ROBERTS. JIMMY ROBERTS was once a resident at St. Vincent Depaul Shelter, but is no longer residing there. However, JIMMY ROBERTS' wife, Frances Roberts (Flores maiden) still resides there. Cooper advised that JIMMY ROBERTS frequents the location almost every evening.

6. On June 30, 2008, the victim Wells Fargo teller positively identified JIMMY ROBERTS from a color photograph lineup as the individual that committed the robbery.

7. On June 30, 2008, JIMMY ROBERTS' wife positively identified him as the individual depicted in the Wells Fargo bank robbery surveillance photograph, from the June 26, 2008 robbery.

8. ROBERTS is described as follows:

| | |
|---|---|
| Name: | JIMMY LOWELL ROBERTS |
| Race: | White |
| Sex: | Male |
| Date of Birth: | May 23, 1966 |
| Social Security#: | XXX-XX-7318 |
| Height: | 6' |
| Weight: | 160 pounds |
| Build: | Thin |
| Hair: | Dark Gray |

9. The affiant has confirmed that the deposits of the Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the bank robbery on June 26, 2008. The Wells Fargo, 3505-B Sports



Arena Boulevard, San Diego, California, incurred a loss of $10,000 as a result of that bank robbery.

10. The foregoing information and evidence indicates that JIMMY LOWELL ROBERTS, on June 26, 2008, did by force take from the person and presence of employees of Wells Fargo, 3505-B Sports Arena Boulevard, San Diego, California, the deposits of which were then insured by the FDIC, approximately $10,000 in United States currency, belonging to and in the care, custody, control, management, and possession of such bank.

The foregoing is true and correct to the best of my information and belief.

*James B. Stinnett Jr.*

Special Agent, FBI

Sworn to before me and subscribed in my presence this 1st day of July, 2008, at 1:33 a.m./p.m.

United States Magistrate Judge