# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JIMMY LOWELL ROBERTS

**WARRANT FOR ARREST**

FILED 2008 JUL -9 AM
CLERK US DC
SOUTHERN DISTRICT OF

CASE NUMBER: '08 MJ 2012

DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jimmy Lowell ROBERTS_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Bank Robbery

DATE 7/7/08
ARRESTED BY FBI - S.A.
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

2008 JUL -2 A 11:33   RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title _____18_____ United States Code, Section(s) _____2113_____

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

Title of Issuing Officer

**SAN DIEGO, CALIF.**   7/1/08
Date and Location

Signature of Deputy

Bail fixed at $ ___To Be Determined At First Appearance___ by ___[signature] The Honorable Barbara L. Major___
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'        FBI        12/11