1 **TIMOTHY R. GARRISON**
California State Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: timothy_garrison@fd.org

5 Attorneys for Mr. Roberts

6

7

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   CASE NO. 08MJ2012
                                      )
11             Plaintiff,             )
                                      )
12 v.                                 )   **NOTICE OF APPEARANCE**
                                      )
13 JIMMY LOWELL ROBERTS,              )
                                      )
14             Defendant.             )
                                      )
15 _____     )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: July 17, 2008                     /s/ *Timothy R. Garrison*
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          Timothy_Garrison@fd.org

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 17, 2008         /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)